UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| DANIEL AUSTIN DUKE, | ) |
| Plaintiff, | ) |
| v. | ) No. 3:21-CV-00408-JRG-JEM |
| ALAN BUNCH, FNU LOWE, and V. PHILLIPS, | ) |
| Defendants. | ) |

**JUDGMENT ORDER**

For the reasons set forth in the Memorandum Opinion filed contemporaneously with this Order, Plaintiff's pro se complaint under 42 U.S.C. § 1983 is **DISMISSED** pursuant to Rule 41(b) of the Federal Rules of Civil Procedure. All pending motions are **DENIED** as moot.

Because the Court **CERTIFIED** in the Memorandum Opinion that any appeal from this Order would not be taken in good faith, should Plaintiff file a notice of appeal, he is **DENIED** leave to appeal *in forma pauperis*. *See* 28 U.S.C. § 1915(a)(3); Fed. R. App. P. 24. The Clerk is **DIRECTED** to close this case.

So ordered.

ENTER:

s/J. RONNIE GREER
UNITED STATES DISTRICT JUDGE

ENTERED AS A JUDGMENT:

s/ *LeAnna R. Wilson*
District Court Clerk